Law Offices of
DENA MARIE YOUNG
State Bar Number 215344
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 528-9479
Fax: (707) 692-5314
E-Mail: dmyounglaw@gmail.com

Attorney for Defendant
RYAN COSINO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RYAN COSINO, ) <br> ) <br> Defendant. ) <br> _____ ) | CR-17-0402-EMC <br><br> MOTION AND [PROPOSED] ORDER TO CONTINUE HEARING |

     Defendant RYAN COSINO (COSINO), by and through his Court-appointed counsel, Dena Marie Young, hereby moves this Court for an Order resetting the Change of Plea/Status hearing for COSINO, which is currently set for November 15, 2017, be reset for January 3, 2018, at 2:30 p.m.

     COSINO's teen daughter is scheduled to undergo surgery on the morning of November 15, 2017. He will, therefore, need to available for her, and will not be able to focus on the court proceeding.

     COSINO's counsel is scheduled to undergo surgery on November 20, 2017. Counsel has been advised that she should expect to be unavailable for 4-6 weeks thereafter.

     COSINO's co-defendant has recently retained new counsel and has reset her status conference, so the requested change would have no effect on her case.

COSINO MOTION CONTINUE HEARING    1

Undersigned counsel has spoken with Julie Garcia, Assistant United States Attorney. She indicated that she did not oppose this motion.

Undersigned counsel believes that this period of time is excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv) in order to assure defendant the continuity of counsel.

Dated: November 13, 2017

/s/
DENA MARIE YOUNG

Attorney for Defendant
RYAN COSINO

Law Offices of
DENA MARIE YOUNG
State Bar Number 215344
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 528-9479
Fax: (707) 692-5314
E-Mail: dmyounglaw@gmail.com

Attorney for Defendant
RYAN COSINO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-17-0402-EMC |
| Plaintiff, | DECLARATION IN SUPPORT OF MOTION TO CONTINUE HEARING |
| v. | |
| RYAN COSINO, | |
| Defendant. | |

I, Dena Marie Young, after having been duly sworn, do depose and state:

I am an attorney licensed to practice law in the state of California, and admitted to practice before this court.

I am counsel for defendant, RYAN COSINO, having been appointed to represent him under the Criminal Justice Act.

I have been advised that COSINO's teen daughter is scheduled to undergo knee surgery on the morning of November 15, 2017.

I am scheduled to undergo surgery on November 20, 2017. I have been advised to expect to be unavailable for 4-6 weeks during my recovery.

COSINO's co-defendant has recently retained new counsel and has reset her status conference, so the requested change would have no effect on her case.

COSINO MOTION CONTINUE HEARING     3

| | |
|---|---|
| 1 | I have spoken with Julie Garcia, Assistant United States Attorney.  She indicated that |
| 2 | she did not oppose this motion. |
| 3 | I declare under penalty of perjury that the foregoing is true and correct.  Executed this |
| 4 | 13th day of November, 2017, in Santa Rosa, California. |

/s/ Dena Marie Young  
DENA MARIE YOUNG

COSINO MOTION CONTINUE HEARING    4

Law Offices of
DENA MARIE YOUNG
State Bar Number 215344
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 528-9479
Fax: (707) 692-5314
E-Mail: dmyounglaw@gmail.com

Attorney for Defendant
RYAN COSINO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-17-0402-EMC |
| Plaintiff, | [PRO~~POS~~ED] ORDER TO CONTINUE HEARING |
| v. | |
| RYAN COSINO, | |
| Defendant. | |

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the hearing scheduled for change of plea/setting be continued from November 15, 2017 at 2:30 p.m. until January 3, 2018, at 2:30 p.m., before the Hon. Edward M. Chen.

It is further ordered that this period is excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv) in order to assure defendant the continuity of counsel.

IT IS SO ORDERED.

Dated:    11/13/17

HON. EDWARD M. CHEN
U.S. District Court Judge

IT IS SO ORDERED
Judge Edward M. Chen

COSINO MOTION CONTINUE HEARING    5